JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAM KIBARYAN, | Case No. CV 21-8838 PA (KSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| MERCEDES-BENZ USA, LLC, | |
| Defendant. | |

In accordance with the Court's December 6, 2021 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: December 6, 2021

Percy Anderson
UNITED STATES DISTRICT JUDGE